IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM H. GROSSE,

    Petitioner,

v.

                                                    No. CV 13-273 JCH/CG

STATE OF NEW MEXICO,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on August 2, 2013. (Doc. 12). In the PFRD, the Magistrate Judge recommended that Plaintiff's *2254 Federal Petition for Writ of Habeas Corpus,* (Doc. 1), together with his *2245 Federal Petition for Writ of Habeas Corpus, Supplement of Newly Discovered Facts*, (Doc. 9), should be dismissed with prejudice. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 12 at 10). No objections have been filed and the deadline of August 19, 2013 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *2254 Federal Petition for Writ of Habeas Corpus,* together with his *2245 Federal Petition for Writ of Habeas Corpus, Supplement of Newly Discovered Facts*, is **DISMISSED WITH PREJUDICE** and all requested relief should be **DENIED**.

                                              _____
                                              Honorable Judith C. Herrera
                                              United States District Court Judge